Dolandon MACK, Plaintiff–Appellant

v.

Tim DILLON, Patrolman, Little Rock Police Department, Defendant–Appellee.

Roger Swope, Crime Scene Investigator, Little Rock Police Department; Scott Timmons, Lt., Little Rock Police Department; J.C. White, Detective, Little Rock Police Department; John Does, 1–50; City of Little Rock, Arkansas; Jana Rayburn, Patrolman, Little Rock Police Department; Kathy Trudell, Crime Scene Investigator, Little Rock Police Department, Defendants.

No. 12–1762.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 6, 2012.

Filed: Dec. 10, 2012.

Dolandon Mack, U.S. Penitentiary, Beaumont, TX, pro se.

William Clark Mann, III, City Attorney's Office, Little Rock, AR, for Defendants.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Dolandon Mack appeals following the district court's[1] entry of judgment on a jury verdict in favor of Tim Dillon, a Little Rock police officer who was the sole remaining defendant in this 42 U.S.C. § 1983 action.[2] Having carefully

---

cept Dillon and Jana Rayburn. *See Mack v. Dillon*, 594 F.3d 620, 622–24 (8th Cir.2010) (per curiam).

reviewed the issues that Mack raises on appeal, we find no basis for reversal. The district court is affirmed. *See* 8th Cir. R. 47B.